SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
John Y. Kim (SBN 225248)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, ANDRES GOMEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>             Plaintiff,<br><br>    vs.<br><br>FOOD 4 LESS OF SOUTHERN CALIFORNIA, INC. d/b/a PICO RIVERA PLAZA FOOD 4 LESS; and DOES 1 through 10,<br><br>             Defendants. | **Case No.: 2:17-cv-05429-BRO-KS**<br>Hon. Beverly Reid O' Connell<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: 07/24/2017<br>Trial Date:         None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Andres Gomez ("Plaintiff") and Defendant FOOD 4 LESS OF SOUTHERN CALIFORNIA, INC. d/b/a PICO RIVERA PLAZA FOOD 4 LESS ("Defendant") (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED:  July 26, 2018 | SO. CAL. EQUAL ACCESS GROUP |
|   | By: */s/ Jason Yoon*<br>JASON YOON<br>Attorneys for Plaintiff<br>JOHN CHEUNG |
| Dated:  July 27, 2018 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | By: */s/ Michael J. Chilleen*<br>Gregory F. Hurley<br>Michael J. Chilleen<br>Attorneys for Defendant<br>FOOD 4 LESS OF SOUTHERN CALIFORNIA, INC. |

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason Yoon, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 27, 2018                              By: */s/ Jason Yoon*
                                                                    Jason Yoon