# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANDRES GOMEZ,

            Plaintiff,

      vs.

FOOD 4 LESS OF SOUTHERN
CALIFORNIA, INC. d/b/a PICO
RIVERA PLAZA FOOD 4 LESS; and
DOES 1 through 10,
                      Defendants.

**Case No.: 2:17-cv-05429-TJH-KS**
Hon. Terry J. Hatter., Jr.

**ORDER GRANTING STIPULATION
FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE  [JS-6]**

Complaint Filed: 07/24/2017
Trial Date:     None Set

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, each side to bear their own fees and costs.

DATED: August 31, 2018         _____

                                 Hon. Terry J. Hatter, Jr.,
                                 United States District Judge